FILED
JAN - 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS REEVES,<br><br>    Defendant. | No. CR-10-00918-PJH (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Douglas Reeves is charged in an Indictment with violations of 18 U.S.C. §§ 1029(a)(3) and (a)(4) (possession of fifteen or more counterfeit or unauthorized access devices and possession of device-making equipment) and 18 U.S.C. § 1028A (aggravated identity theft). The United States moved for Mr. Reeves' detention and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f)(2). Pretrial Services prepared a criminal history report, which the Court reviewed. On January 3, 2011, Defendant submitted to detention, but reserved the right to present additional information at a later date should Defendant's circumstances change.

DETENTION ORDER
CR 10-00918-PJH (DMR)                              1

cc: Copy to parties via ECF, Nichole, 2 Certified copies to U.S. Marshal, Pretrial Services

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Reeves as a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Reeves as a serious flight risk. Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at his request at a future time.

Mr. Reeves shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: January 3, 2011

_____
DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 10-00918-PJH (DMR)                                   2